People of State of Illinois ex rel. Henry E. Marski, Appellee, v. Berna Brown, Mary Kilburg and Frank Casella, Appellants.

Gen. No. 44,096.

386

opinion filed February 16, 1948; rehearing denied March 2, 1948; released for publication March 2, 1948. Elliodor M. Libonati, for appellants; William Vihon, of counsel; William J. Tuohy, State's Attorney, for appellee; John F. Cashen, Jr., Special Attorney to Board of Election Commissioners, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.